FILED:  August 7, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2422

_____

DONNA ARD,

       Plaintiff – Appellant,

v.

MARTIN J. O'MALLEY, Commissioner of Social Security,

       Defendant – Appellee.

_____

O R D E R

_____

The court amends its opinion filed August 1, 2024, as follows:

On page 13, in the second full paragraph, the text from *Heckler v. Campbell* is corrected to read, "afford claimants ample opportunity both to present evidence relating to their own abilities and to offer evidence that the [Grids] do not apply to them."

       For the Court – By Direction

       /s/ Nwamaka Anowi, Clerk